UNITED STATES of America, Plaintiff–Appellee,

v.

Rosmira CALLE DE REINA, Defendant–Appellant.

No. 11–13573.

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 7, 2012.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, William H. Beckerleg, Jr., Lynn D. Rosenthal, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Rosmira Calle De Reina, FCI Tallahassee–Inmate Legal Mail, Tallahassee, FL, for Defendant–Appellant.

Before WILSON, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Sheryl Lowenthal, appointed counsel for Rosmira Calle de Reina, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Reina's conviction and sentence are **AF-FIRMED**.